Date of Arrest: 04/03

# United States District Court

### DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>V.<br>Gerardo Enrique REATIGA-Algandar<br>Citizen of Mexico<br>YOB:1994<br>200286089<br>Illegal Alien | CRIMINAL COMPLAINT<br><br>CASE NUMBER: 25-01451MJ |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about June 03, 2023, Defendant Gerardo Enrique REATIGA-Algandar an alien, was removed from the United States to Mexico through the port of San Luis, Arizona, in pursuance of law, and thereafter on or about April 03, 2025, Defendant was found in the United States near San Luis, Arizona within the District of Arizona, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326(a)(Felony).

### COUNT II

That on or about April 03, 2025, near San Luis, Arizona, in the District of Arizona, Defendant Gerardo Enrique REATIGA-Algandar an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (a)(1) (Misdemeanor).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Continued on the attached sheet and made a part here of.   ☒ Yes   ☐ No

_[signature]_ for SAUSA Sydney Yew

_[signature: Jose Siqueiros]_
Signature of Complainant

Jose Siqueiros
Border Patrol Agent

Sworn to before me and subscribed telephonically,

April 7, 2025                                  at   Yuma, Arizona
Date                                                City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

_[signature]_
Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

| | |
|---|---|
| Defendant: | Gerardo Enrique REATIGA-Algandar |
| Dependants: | None |
| **IMMIGRATION HISTORY:** | The Defendant is an illegal alien. The Defendant has been apprehended by the United States Border Patrol on one (1) previous occasion. The Defendant has been removed a total of one (1) time. The Defendant was last removed through San Luis, Arizona on June 3, 2023. |

### CRIMINAL AND IMMIGRATION HISTORY:

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 06/03/2023 | Yuma, Arizona | Illegal Entry | Ordered Removed from the US (ER) (Agency) |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Border Patrol Agents near Wellton, Arizona.

The Defendant was questioned as to his citizenship and immigration status. From that questioning Border Patrol Agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Border Patrol Station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant was first ordered removed at or near Yuma, Arizona, on or about June 03, 2023.

The Defendant last entered the United States illegally without inspection near San Luis, Arizona on April 03, 2025.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPA C. Cornett and BPA J. Cox.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc.) from initial field contact through the writing of this document: BPA Ricardo Ramirez.

| | | |
|---|---|---|
| Charges: | 8 USC 1326(a) | (Felony) |
| | 8 USC 1325(a)(1) | (Misdemeanor) |

*Jose Siqueiros*
Signature of Complainant

Sworn to before me and subscribed telephonically,

April 7, 2025
Date

_____
Signature of Judicial Officer

## Probable Cause Statement

*I, Border Patrol Agent Jose Siqueiros, declare under penalty of perjury, the following is true and correct:*

| | |
|---|---|
| Defendant: | **Gerardo Enrique REATIGA-Algandar** |
| Dependents: | None |

**IMMIGRATION HISTORY:** The Defendant is an illegal alien and has been apprehended by the United States Border Patrol on one (1) previous occasion. The Defendant has been removed a total of one (1) time. The Defendant was last removed through San Luis, Arizona on June 04, 2023.

**CRIMINAL HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 06/03/2023 | Yuma, Arizona | Illegal Entry | Ordered Removed from the US (ER) (Agency) |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Border Patrol Agents near Wellton, Arizona.

The Defendant was questioned as to their citizenship and immigration status. From that questioning Border Patrol Agents determined that the Defendant is an undocumented national of Mexico and illegally present in the United States.

The Defendant was transported to the Border Patrol Station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant was first ordered removed at or near Yuma, Arizona, on or about June 03, 2023.

The Defendant last entered the United States illegally without inspection near San Luis, Arizona on April 03, 2025.

**Executed on:** **April 04, 2025**      Time: **12:00 PM MST**

Signed: **Jose Siqueiros, Border Patrol Agent**      *Jose Siqueiros*